# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Brian Buchnowski,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                   3:10cv174

David Mitchell,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19, 2010 Order.

Signed: April 19, 2010

Frank G. Johns, Clerk
United States District Court